UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Akaki Gvarliani,

Petitioner,

v.

Acting Director, U.S. Immigration and Customs Enforcement, *et al.*,

Respondents.

Case No. 3:26-cv-1324

ORDER AND
JUDGMENT ENTRY

Before me is the July 15, 2026 Report and Recommendation of Magistrate Judge James E. Grimes, Jr., recommending I dismiss *pro se* Petitioner Akaki Gvarliani's petition for a writ of habeas corpus under 28 U.S.C. § 2241 because he received the bond hearing he requested and has been released. (Doc. No. 7).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was July 29, 2026. No party has filed objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those

specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Grimes' recommendation and grant Respondents' motion to dismiss the petition. (Doc. No. 5). Gvarliani's motion for a temporary restraining order, (Doc. No. 2), is denied as moot. His petition, (Doc. No. 1), is dismissed as moot. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge